| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | DOMINIC E. KARDUM<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 229420<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)<br>Email: dominic.kardum@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No.   08-CR-1620-IEG |
| 11 | Plaintiff, | ) ) | NOTICE OF APPEARANCE |
| 12 | v. | ) ) | |
| 13 | FERNANDO AGRAMON-ROMERO | ) ) | |
| 14 | Defendant. | ) ) | |
| 15 | | | |

16    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18    above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20    CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23    for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24    case.

25        1.    None..

26    //

27    //

28    //

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. Harold W. Chun.

Please feel free to call me if you have any questions about this notice.

DATED: August 25, 2008.

                KAREN P. HEWITT
                United States Attorney

                <u>s/Dominic E. Kardum</u>
                DOMINIC E. KARDUM
                Assistant U.S. Attorney

Notice of Appearance                                                                                08-CR-1620-IEG
United States v. Fernando Agramon-Romero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                    Plaintiff,              )<br>                                                         )<br>           v.                                          )<br>                                                         )<br>FERNANDO AGRAMON-ROMERO  )<br>                                                         )<br>                    Defendant.         )<br>_____) | Criminal Case No.   08-CR-1620-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.   Brian P. Funk, Esq.
     964 5th Avenue, Suite 214
     San Diego, CA 92101

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on August 25, 2008.

                                                                    s/Dominic E. Kardum
                                                                    DOMINIC E. KARDUM
                                                                    Assistant U.S. Attorney

Notice of Appearance                                                                                             08-CR-1620-IEG
United States v. Fernando Agramon-Romero